# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 MAR 27 PM 2:31

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

MySpace, Inc.
407 N. Maple Drive, P.O. Box 17839
Beverly Hills, California 90210

Case No. 08 MJ 0946

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

I, Aida L. Vasquez being duly sworn, depose and say:

I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement and have reason to believe that on the premises known as (name, description and/or location)

See attachment A

in the CENTRAL District of CALIFORNIA there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure) evidence concerning violations of Title 18, United States Code, Sections 2422(b) and 2252(a), relating to the attempted inducement of a minor to engage in unlawful sexual activity and/or receipt, distribution or transmission of child pornography.

The facts to support a finding of Probable Cause are as follows:

See Affidavit attached and made a part thereof. X Yes ___ No

[signature]
Signature of Affiant

Sworn to before me, and subscribed in my presence

3-27-08 at San Diego, CA
Date City and State

___ at [signature]
Name and Title of Judicial Officer Signature of Judicial Officer

**NITA L. STORMES**
**U.S. MAGISTRATE JUDGE**

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Senior Special Aida L. Vasquez (hereinafter your "affiant"), upon being duly sworn do hereby state that the following is true to my knowledge and belief:

1.    I am a Special Agent ("SA") with Immigration and Customs Enforcement ("ICE") within the Department of Homeland Security. I am currently assigned to the San Diego Office, specifically to the Cyber crimes division, and have been in this position since April 2006. I am also currently assigned to the Internet Crimes Against Children Task Force ("ICAC") in San Diego. This task force includes members of local, state, and federal law enforcement agencies that focus on Internet crimes against children. I have been employed as a federal agent for approximately seven years. Prior to my current assignment, I was a U.S. Customs Inspector for over five years. In my present position, I conduct investigations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography and enticement of minors, in violation of 18 U.S.C. §§ 2252, 2252A and 2422(b). I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved in the execution of numerous search warrants specifically relating to crimes against children and/or possession, distribution, and receipt of child pornography. I am in routine contact with experts in the field of computers , computer forensics, and Internet investigations. As a federal agent, I am authorized to investigate violations of laws of the United States and as a law enforcement officer with the authority to execute warrants issued under the authority of the United States. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement agents/officers within ICE and the ICAC.

2.    This affidavit is offered in support of a search warrant application for MySpace, Inc., 407 N. Maple Drive, P.O. Box 17839, Beverly Hills, California 90210. Your affiant seeks authority to search for all MySpace Inc. (described in Attachment A) records, for information described in Attachment B, paragraph II from February 2006, to the present.

3. The information in this affidavit is based upon information I have learned during the course of this investigation, and reviewing official reports. Because this affidavit is for a limited purpose, I have not included every fact I learned about this investigation. I set forth only the facts necessary to establish a foundation for the requested warrant and show probable cause to believe that evidence of violations of 18 U.S.C. §§ 2252, 2252A, and 2422(b) will be located in the MySpace, Inc. records described above. Based on the information set forth below, there is probable cause to believe that in the records of MySpace, Inc., as defined in Attachment A, there exists fruits, instrumentalities, and evidence of violations of Title 18, U.S.C. § 2252, 2252A or 2422(b), including, but not limited to emails, Instant Messenger chats, photographs and other images and electronic data, as set forth in Attachment B, which Ryan CABUTO transmitted and/or received. Based upon my training and experience, this type of electronic information is typically stored remotely by Internet service providers like MySpace, Inc.

**Background of Investigation**

4. The information set forth below is provided as a broad overview of the investigation conducted to date. It does not include a listing of all investigative techniques employed or even the full and complete results of any of the listed investigative efforts.

5. In March of 2005, the United States Immigration Customs Enforcement (ICE), Special Agent in Charge Seattle, Washington (SAC/Seattle) office began investigation Internet users involved in the distribution and receipt of child pornography via the Google "Hello" File Sharing program. One of these users was later identified as Washington State resident Nicholas Farmer. Information gathered during the Farmer investigation revealed that Farmer had used the "Hello" screen name "Farmer420" to distribute and receive images of child pornography. Based on this information, SAC/Seattle agents obtained a federal search warrant for Farmer's residence, 23600 190th Street, Woodinville, WA 98077.

6. On July 13, 2006, SAC/Seattle agents and members of the Seattle Internet Crimes Against Children (ICAC) Task Force served the search warrant. The search warrant resulted in the

seizure of evidence pertaining to the distribution and receipt of child pornography. During the search warrant FARMER agreed to speak with investigators and admitted to using the "Hello" screen name "Farmer420" to distribute and receive hundreds of images of child pornography. Farmer agreed to cooperate with the investigation and consented to ICE Agents assuming his online identity as "Farmer420".

7. On or about July 17, 2006, SAC/Seattle Computer Forensic Agent (CFA) Jeffrey Schwab extracted the Google "Hello" files located on FARMER's computer under the file path: C:\Documents and Settings\Administrator\Local Settings\Application Data\Google. CFA Schwab also extracted the files and folders located in the file path: C:\Documents and Settings\ Administrator \My Documents\My Pictures\Hello.

8. Within these file paths, SAC Seattle agents located a file named "friends.xml". The file was located in the file path: C:\Documents and Settings\ Administrator \Local Settings\Application Data\Google\Hello\db\2490541\friends.xml. This file contained the User Identification Number (UID), Handle (nickname/screen name) and email address for some of the "Hello" users that had communicated with Farmer. The UID numbers listed in the friends.xml file were also used to label folders in the file path: C:\Documents and Settings\Administrator\Local Settings\Application Data\Google\Hello\db\2490541\Chatlog. It appears that each time Farmer communicated with another "Hello" user a directory was created under this file path and was labeled with the users "Hello" UID.

9. Of particular interest to this investigation were chat log and filmstrip files located on Farmer's computer in the file path: C:\Documents and Settings\ Administrator \Local Settings\Application Data\Google\Hello\db\2490541\Chatlog. Under this file path there were one hundred three (103) folders. Each folder was labeled with a unique "Hello" UID. Located within some of these folders were chat log and filmstrip files.

10. Using Farmer's "Hello" account and the files and folders extracted from Farmer's computer,

SAC/Seattle Special Agent (SA) Brian Bujdoso was able to access the archived chat conversations contained within the chat log and filmstrip files. A review of these files revealed communications pertaining to the sexual exploitation of children and the distribution and receipt of child pornography images. More specifically, some of these files contained thumbnail images of the full size images that were distributed and received during each chat conversation. Approximately thirty-four of the folders labeled with "Hello" UID numbers contained images of child pornography.

11. The recovered chat logs also contained application messages that were generated by the "Hello" program. The application messages were inserted into the chat log as application events occurred. The application messages included the date and time of the communication, text identifying the number of images sent by each user during the communication as well as the total number of images sent. Many of the images found within the chat conversations involved visual depictions of minors engaged in sexually explicit conduct.

12. As stated earlier, CFA Schwab also extracted the files and folders located in the file path: C:\Documents and Settings\ Administrator \My Documents\My Pictures\Hello. By default, the "Hello" program organizes the received images into subdirectories that are named according to the sender's "Hello" "handle". For example, if someone utilized the "Hello" handle "Test" to send Farmer420 twenty images using the Hello program, by default, those images would be saved on Farmer's computer under the file path: C:\Documents and Settings\ Administrator \My Documents\My Pictures\Hello. Not all users that Farmer had communicated with and shared images with had corresponding image file folders under the file path: C:\Documents and Settings\ Administrator \My Documents\My Pictures\Hello.

**<u>Investigation Of Ryan CABUTO</u>**

13. Of particular interest to this search warrant request were the chat logs and filmstrip files for "Hello" UID number 2136269. The friends.xml file recovered from Farmer's computer listed

the UID number 2136269 handle as "Star5252" with an email address of Ryan812_70@hotmail.com. The chat log and filmstrip file for this account were located on Farmer's computer in the file path C:\Documents and Settings\ Administrator\LocalSettings\ApplicationData\Google\Hello\db\2490541\Chatlog\2136269.

14. The folder labeled 2136269 contained five (5) conversation(s). This included a discussion related to the receipt and distribution of child pornography images, thumbnail images of child pornography, and application messages identifying the total number of images exchanged and the number of images sent by each participant. The following chat log was recovered from the folder labeled 2136269:

**"Hello" with Star5252**

*8/21/2006 12:59:38 PM

Star5252: hi
farmer420: hey
Star5252: u trading
farmer420: system crash still tryin to rebuild
Star5252: ok
farmer420: just got new computer parts
farmer420: sorry
farmer420: u
Star5252: so u have no pix?
farmer420: kinda sux
farmer420: yes that is correct
farmer420: i am a charity case
Star5252: u want some
farmer420: ok
farmer420: got anything new
***Star5252 is sending 4 pictures***
farmer420: tx
farmer420: tease
***Star5252 is sending 2 pictures***
Star5252: that girl on your profile pic got her ass stretched so wide love her
farmer420: tx
farmer420: i have more but i have to recover them
farmer420: u got any like that
Star5252: u know any other good traders
Star5252: yeah
farmer420: like
farmer420: when I recover my system I might know a couple of people
Star5252: okay
farmer420: i dont remember what u like
farmer420: most of the people I use to trade with had hc images
Star5252: love hc
farmer420: do u have any

farmer420: ??
Star5252: on some disk
farmer420: r u going to make me beg for more charity
Star5252: u know where to find more people on hello i used to find people on yahoo but it's all fucked up now
farmer420: try MSN
Star5252: really thought they were worse
farmer420: depends
farmer420: i still like yahoo
Star5252: on
Star5252: are there still good rooms?
farmer420: fetish rooms
farmer420: where did u look before
Star5252: fetish but sometimes they are not there
farmer420: try late at night that when I had the best luck
farmer420: u only need a cluple of contacts
farmer420: when i recover my stuff i will let u know
farmer420: they wont send good stuff for the quality of the stuff u just sent
Star5252: true
farmer420: what is this file
Star5252: not sure but i love this little girl
farmer420: which one??
Star5252: girl i'm looking at right now
farmer420: in the video
Star5252: what video
farmer420: did u just send a video
Star5252: oh was sending to someone else u like
farmer420: lol
farmer420: seen it
farmer420: it is good
Star5252: got booted
farmer420: that sux
Star5252: yeah
farmer420: where do u get ur pics from if not hello
Star5252: oh i did
Star5252: i mean i want to find more traders
farmer420: did what
farmer420: oh
farmer420: what r u into
Star5252: yng
farmer420: like the ones u sent
Star5252: yeah
farmer420: so teen
Star5252: yeah
Star5252: pre
farmer420: mmmmmmmmmm
farmer420: u & me both
***Star5252 is sending 1 picture***
Star5252: yeah
farmer420: all winpy stuff like this one lol
***Star5252 is sending 1 picture***
farmer420: this is all erotica crap
Star5252: huh?
farmer420: most of the guys I traded with were real hard core
farmer420: im not really into the clothed stuff

Star5252: yeah
Star5252: shuch a nice lil pussy
Star5252: how old u think
farmer420: 6
farmer420: never seen these before
Star5252: just to say you cummed on a 6 yo pussy would be hot
farmer420: u r lucky to have a friend that would trade these
Star5252: why is that
farmer420: maybe i should be asking u for names to trade with lol
Star5252: lol
farmer420: because these type are rare
farmer420: i mostly get old school stuff
Star5252: yeah
Star5252: she is one of those girls that hust has to get fucked dad probably looked at her and snapped lol

15. This chat conversation was archived, on the undercover computer, under the file path: E:\Documents and Settings\Brian\Local Settings\Application Data\Google\Hello\db\2490541\Chatlog\2136269. The numbers "2490541", represent Farmer420's "Hello" account number and numbers "2136269" represent Star5252's "Hello" account number.

16. Contained within this chat log were application messages, created by the "Hello" program, that documented the number images sent by each participant. The application messages for this chat conversation identified Star5252 as the sender of thirty-nine (39) images. The archived chat log also contained thirty-nine (39) thumbnail images of the larger images sent by Star5252. All of the larger images sent by Star5252 were saved to the undercover computer under the file path: E:\Documents and Settings\Brian\My Documents\MyPictures\Hello\Star5252. The Star5252 folder contained subfolders titled,"blond angel" and "From Star5252". These folders contained all of the full size images sent by Star5252 during the chat conversation. One image sent by Star5252 depicts a young pre-pubescent female laying on her back with her legs spread apart and an adult male vaginally penetrating her with his penis. The minor child does not have any pubic hair.

17. During the chat conversation Star5252 also sent SA Bujdoso a video file. The video file was saved on the undercover computer in the file path: E:\Documents and Settings\Brian\My Documents\ Hello\Star5252. SAC Seattle agents also reviewed a file named "friends.xml"

located on the undercover computer under the file path: E:\Documents andSettings\Brian\Local Settings\ApplicationData\Google\Hello\db\2490541\friends.xml. The numbers "2490541" located within the file path are the User Identification Number UID for "Hello" accountFarmer420. This file contained the user identification number, handle (nickname) and email address for Star5252. This file listed Star5252's UID as "2136269" and the email address for Star5252 as "ryan812_70"hotmail.com".

18. At the end of the chat conversation there were thirty-nine (39) thumbnail images of the full size images sent during the chat conversation. Analysis of the chat log showed that "Star5252" had sent thirty-nine (39) of the images to Farmer. Some of the thirty-nine (39) thumbnail images also appear in line with the text of the chat communication. Each of these thumbnail images indicated what images the text sender was viewing at the time the text message was sent. This permits the other participant to know what image was being viewed at the time the text message was sent.

19. Full size images of all thirty-nine (39) images sent by "Star5252" during the chat conversation were also found on Farmer's computer under the file path: C:\Documents and Settings\ Administrator \My Documents\My Pictures\Hello\"Star5252".

20. On October 10, 2006, in an attempt to further identify the individual using the screen name Star5252, Special Agent Bujdoso issued a summons to Google Incorporated for "Hello" UID number 2136269 with a handle of Star5252.

21. On August 30, 2006, Google Inc. responded to the summons issued for "Hello" UID number 2136269 and Star5252 and provided the following subscriber information:

UserID: 2136269
Username: Star5252
Email: ryan812_70@hotmail.com
Affiliate: Hello
Registered: Friday, July 29, 2005
Last Login: Tuesday, October 10, 2006 " 05:28:26 PM

22. On August 24, 2006, SA Bujdoso issued a summons to MSN Hotmail for the email account Ryan812_70@hotmail.com.

23. On August 25, 2006, MSN Hotmail responded to the summons and provided the following subscriber information for the email address Ryan812_70@hotmail.com:

| | |
|---|---|
| Login: | ryan812_70@hotmail.com |
| First Name: | Ryan |
| Last Name: | C |
| State: | California |
| Zip: | 91942 |
| Country: | U.S. |
| Timezone: | America/Los_Angeles |
| Registered from IP: | 68.105.81.202 |
| Date Registered: | 9/14/2004 9:47:34 PM |
| Reply to Address: | ryan812_70@hotmail.com |

24. MSN Hotmail also provided Internet Protocol (IP) connection log data for this account. The following were some of the most recent entries contained within the IP connection log data for account ryan812_70@hotmail.com, indicating that the account is still active:

| | | |
|---|---|---|
| 66.109.239.161 | 8/22/06 | 10:48:48 AM (PDT |
| 66.109.239.162 | 8/24/06 | 9:05:05 AM (PDT) |

25. On American Registry for Internet Numbers (ARIN) WHOIS database search of the IP address listed above identified the owner of the IP address as Cox Communications, which is located at 1400 Lake Hearn, Atlanta, Georgia.

26. On September 6, 2006, SA Bujdoso issued a summons to Cox Communications for the IP addresses, dates and times, provided by Google Inc., that corresponded with the archived chat conversations containing child pornography.

27. On November 28, 2006, Cox Communications responded to the summonses and identified Jo Ann Cabuto as the account holder. Cox Communications provided the following subscriber information:

Subscriber Name: Jo Ann Cabuto
Address: 8190 Saint Onge Drive
La Mesa, California 91942
Telephone #: (619) 464-0960
Account Status: Active since 07/08/03

28. On January 31, 2007, at approximately 0700 hours, SAC San Diego agents along with members of the Internet Crimes Against Children (ICAC) Task Force executed a federal search warrant for child pornography at the residence of Ryan CABUTO. At the time of the search warrant, CABUTO resided at 8190 Saint Onge Street, La Mesa, Ca. 91942 with his two roommates; Timothy Schmandt (DOB:09/12/84) and Katherine Schlein (DOB:03/01/87).

29. SA Aida Vasquez and SA Aaron Meeks interviewed CABUTO at approximately 0715 hours. The interview was recorded with a digital voice recorder. During the interview, CABUTO admitted he possesses and distributes child pornography through the Google "Hello" program. CABUTO told agents they would find numerous child pornography videos and thousands of images on his personal laptop computer. CABUTO told agents he is the only one who has access to his laptop.

30. On January 14, 2008, CABUTO was arraigned before United States Magistrate Judge Nita L. Stormes on one count of possession of images of children engaged in sexually explicit activity in violation of 18 U.S.C. § 2252(a)(4)(B). Judge Stormes also ordered CABUTO to participate in computer monitoring and provide all passwords for any email accounts and other electronic communication capabilities. Further, Judge Stormes ordered CABUTO to refrain from using any electronic devices that had internet capability that could not be monitored by pre-trial services, i.e. cell phones, ipod's, Wii, etc.

31. On January 29, 2008, CABUTO tendered a guilty plea to possession of images of children engaged in sexually explicit activity before Judge Nita L. Stormes. Sentencing is currently scheduled for June 16, 2008 before District Judge Larry A. Burns.

32. On March 25, 2008, CABUTO appeared on an order to show cause based upon allegations that CABUTO had an active MySpace account that listed himself as 15 years old and that CABUTO had failed to delete his MySpace account after Pretrial Services instructed him to do so. See ECF Docket Entry #23 for Criminal Case No. 08CR0070-LAB. At the hearing, Judge Stormes ordered CABUTO not to access any computer unless it is for work or school purposes only.

33. On March 25, 2008, at the Order to Show Cause hearing, it was revealed that CABUTO had an active MySpace account, **Friend ID 56885413** which showed his age as 15 years old. Moreover, CABUTO created the MySpace account on February 18, 2006 and accessed the account forty times between December 14, 2007 and March 11, 2008.

34. Further on March 25, 2008, CABUTO stated he accessed his MySpace account on February 6, 2008 after he received permission to access the account by his Pretrial Services Officer in order to "send emails" to his friends advising them to contact him via email. However, Pretrial Services Officer Diana Ganham stated that CABUTO never received permission to access the MySpace account other than to delete the account, which had not been done as of March 25, 2008.

**MySpace Inc.**

36. MySpace is an internet service company and as such, MySpace provides subscribers with access to many services and features. MySpace provides an electronic mail (email) service, which allows MySpace members to communicate with other MySpace members, and computer users who may have different electronic mail systems. MySpace members are able to access the MySpace servers through the use of a computer and computer modem or other connection device. Through this computer access, MySpace members are able to communicate to other subscribers of MySpace in real time, assuming the other user is online, or through electronic mail (email) systems.

## SEARCH PROTOCOL

37. As a federal agent, I am trained and experienced in identifying communications relevant to the crimes under investigation. I also know that the manner in which the data is preserved and analyzed may be critical to the successful prosecution of any case based upon the evidence. Computer Forensic Examiners are trained to handle digital evidence. MySpace employees are not. It would be inappropriate and impractical , however, for federal agents to search the vast computer network of MySpace for the relevant accounts and then to analyze the contents of those accounts on the premises of MySpace. The impact on MySpace business would be severe.

38. Therefore, I request authority to seize all images, text messages, emails, and other content from the MySpace account, as described in Attachment B. The search warrant will be served on MySpace personnel who will be directed to provide those accounts and files described in Attachment B. In order to accomplish the objective of the search warrant with a minimum of interference with the business activities of MySpace, to protect the right of the subject of the investigation and to effectively pursue this investigation, authority is sought to allow MySpace to make a digital copy of the entire contents of the accounts subject to seizure. That copy will be provided to me or to any authorized federal agent within three days of receipt of the search warrant. The contents will then be analyzed to identify communications and other data subject to seizure pursuant to Attachment B. Relevant data will be copied to separate media. The original media will be sealed and maintained to establish authenticity, if necessary.

39. Analyzing the data to be provided by MySpace requires special technical skills, equipment and software. It also can be very tedious. Searching by keywords, for example, often yields many thousands of "hits" each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Certain file formats do not lend themselves to

keyword searches or keywords search text. Many common electronic mail, database and spreadsheet applications, which files may have been to electronic mail, do not store data as searchable text. The data is saved in a propriety non-text format. As the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically.

40. Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained; criminals can use code to avoid keyword searches and mislabel files, encrypt files, deliberately misspell certain words and take other steps to defeat law enforcement. Law enforcement personnel will conclude their review fo the original electronic media within forty-five days of receiving the electronic media from MySpace.

41. All forensic analysis of the recovered data will be directed exclusively to the identification and seizure of information within the scope of this warrant. In the course of proper examination, the forensic examiner may view information not within the scope of the warrant. Such information will not be made available to the investigating agents unless it appears to the examiner that the information relates to the commission of offenses not covered by this warrant. In that event, the examiner will confer with the investigator so that the investigator can determined whether to seek a further search warrant for the newly uncovered data.

**PROBABLE CAUSE**

42. Based upon my training and experience, I know that individuals who have a sexual interest in children or images of children prefer not to be without their child pornography for any prolonged time period. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world. I also know that

individuals who have a sexual interest in children or images of children also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals whom they have been in contact and who share the same interests in child pornography.

43. Based upon the information presented above, your affiant believes there is probable cause to believe that within the records of MySpace, Inc., as defined in Attachment A, there exists information related to communications between CABUTO and minor children under the age of 18 years old as well as communications with others transmitting, distribution or receiving images of children engaged in sexually explicit conduct.

Special Agent Aida Vasquez

Subscribed to and sworn before me
this 27 day of March, 2008

The Honorable Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT A

MySpace, Inc. is an Internet service company with records and data located at 407 N. Maple Drive, P.O. Box 17839, Beverly Hills, California 90210.

# ATTACHMENT B

## I. Service of Warrant

The officer executing the warrant shall permit MySpace, as custodian of the computer files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

## II. Items subject to seizure

A. All subscriber and/or user information, all electronic mail, images, text messages, histories, buddy lists, profiles, method of payment, detailed billing records, access logs, transactional data and any other files from 02/18/2006 through to the present associated with the following MySpace accounts, screen names and names:

Account:Ryan812_70@hotmail.com
Friend ID:56885413
Name: Ryan Cabuto

The search of the data supplied by MySpace pursuant to this warrant will be conducted as provided in the affidavit submitted in support of this search warrant and will be limited to securing communications and attachments related to any contact with a minor child under the age of 18 years for the purpose of engaging in any sexual activity, the receipt, transmission or distribution of images of children engaged in sexually explicit conduct, and any other information reflecting potential violations of Title 18, United States Code, Sections 2252(a) and 2422(b).